GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
WHITNEY J. SELERT, ESQ.
Nevada Bar No. 5492
CHARLES J. LEE, ESQ.
Nevada Bar No. 13523
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com
Email: wselert@garggolden.com
Email: clee@garggolden.com

Counsel for Defendant Ricardo Villalobos

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| LILLIAN BABCOCK, an individual,<br><br>                         Plaintiff,<br><br>vs.<br><br>COLLEGE OF SOUTHERN NEVADA, ex rel., State of Nevada; and Ricardo Villalobos, an individual,<br><br>                         Defendants. | CASE NO.:   2:21-cv-00207-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

    Plaintiff Lillian Babcock and Defendant Ricardo Villalobos, by and through their respective counsel of record, hereby stipulate and agree that the deadline for Defendant Ricardo Villalobos to respond to the First Amended Complaint in this matter filed February 11, 2021 be extended through and including April 1, 2021.

    Good cause exists to grant this extension because Defendant's counsel was just retained by Defendant College of Southern Nevada to represent Mr. Villalobos and requires time to become familiar with the matter in order to formulate an appropriate response to the First Amended Complaint. This is the first request for an extension made by the Parties, and the parties

/ / /

make this request in good faith and not for the purpose of delay.

Dated this 12th day of March, 2021.                Dated this 12th day of March, 2021.

CHRISTENSEN JAMES & MARTIN,          GARG GOLDEN LAW FIRM
CHTD

By: /s/ *Even L. James*                                           By:   /s/ *Anthony Golden*
EVEN L. JAMES, ESQ.                                    ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 7760                                      Nevada Bar No. 9563
7440 W. Sahara Avenue                                 3145 Saint Rose Parkway, Suite #230
Las Vegas, Nevada 89117                             Henderson, Nevada 89052
(702) 255-1718                                                (702) 850-0202
Counsel for Plaintiff Lillian Babcock           Counsel to Defendant Ricardo Villalobos

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 15, 2021

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

2 of 2