CHRISTENSEN JAMES & MARTIN, CHTD.
Evan L. James, Esq. (7760)
Laura J. Wolff, Esq. (6869)
7440 W. Sahara Ave.
Las Vegas, NV 89117
(702)255-1718
*Attorneys for Lillian Babcock*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LILLIAN BABCOCK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex rel., BOARD OF REGENTS of the NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the COLLEGE OF SOUTHERN NEVADA; and RICARDO VILLALOBOS, an individual,<br><br>Defendants. | Case No.: 2-21-cv-00207-JCM-DJA<br><br>**STIPULATION AND ORDER TO DISMISS CERTAIN CLAIMS AGAINST COLLEGE OF SOUTHERN NEVADA** |

Plaintiff and State of Nevada, ex rel., Board of Regents of the System of Higher Education, on behalf of the College of Southern Nevada ("CSN") hereby stipulate to dismiss with prejudice the Fourth (Negligence) and Fifth (Intentional Infliction of Emotional Distress) Claims asserted in the First Amended Complaint (ECF No. 5) against CSN. This stipulation is based upon CSN's argument asserted in its Motion to Dismiss (ECF No. 12) that the said claims are subject to dismissal under the Eleventh Amendment of the Constitution of the United States. As such, Plaintiff and CSN stipulate to the Court granting CSN's Motion with prejudice on those grounds.

Dated this 14th day of April 2021.

| | |
|---|---|
| CHRISTENSEN JAMES & MARTIN | COLLEGE OF SOUTHERN NEVADA<br>OFFICE OF GENERAL COUNSEL |
| By: */s/ Evan L. James*<br>Evan L. James, Esq. (7760)<br>Laura J. Wolff, Esq. (6869)<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Tel: (702) 255-1718<br>Fax: (702) 255-0871<br>Email: elj@cjmlv.com<br>Email: ljw@cjmlv.com<br>*Attorneys for Plaintiffs* | By: */s/ Lynda P. King*<br>James J. Martines, Esq. (9386)<br>Lynda P. King, Esq. (7047)<br>6375 W Charleston Blvd. (WCE 310)<br>Las Vegas, Nevada 89146<br>Tel: (702) 651-7488<br>Email: james.martines@csn.edu<br>Email: lynda.king@csn.edu<br>*Attorneys for CSN* |

It is so ORDERED April 16, 2021.

_/s/ James C. Mahan_
United States District Court Judge
James C. Mahan

**CERTIFICATE OF SERVICE**

I am an employee of Christensen James & Martin and caused a true and correct copy of the foregoing document to be served in the following manner on the date it was filed with the Court's ECF System.

✓     ELECTRONIC SERVICE:  Through service upon the following emails:

Anthony Golden, Esq.
agolden@garggolden.com
clee@garggolden.com

Lynda P. King, Esq.
lynda.king@csn.edu

                                          CHRISTENSEN JAMES & MARTIN

                                          By:   */s/ Evan L. James*
                                                 Evan L. James
                                                 *Attorneys for Plaintiff*