JAMES J. MARTINES
General Counsel
Nevada Bar No. 9386
LYNDA P. KING
Associate General Counsel
Nevada Bar No. 7047
COLLEGE OF SOUTHERN NEVADA
OFFICE OF GENERAL COUNSEL
6375 W. Charleston Blvd. (WCE310)
Las Vegas, Nevada 89146
Telephone: (702) 651-7325
james.martines@csn.edu
lynda.king@csn.edu
*Attorneys for Defendant CSN*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LILLIAN BABCOCK, an individual, | Case No. 2:21-cv-00207-JCM-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STATE OF NEVADA, ex rel., BOARD OF REGENTS of the NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the COLLEGE OF SOUTHERN NEVADA; and Ricardo Villalobos, an individual, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and among, Plaintiff, Lillian Babcock ("**Plaintiff**"), Defendant, the State of Nevada *ex rel.* the Board of Regents of the Nevada System of Higher Education, on behalf of the College of Southern Nevada ("**CSN**"), and Defendant, Ricardo Villalobos ("**Villalobos**"), by and through their undersigned counsel of

/ / /

/ / /

/ / /

/ / /

1

record, that all of Plaintiff's claims arising out of Case No. 2:21-cv-00207 against Defendants be dismissed with prejudice, with each of the parties bearing their own attorney's fees and costs.

DATED this 29th day of July, 2021.

By: /s/ Evan L. James
EVAN L. JAMES, ESQ.
CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave.
Las Vegas, NV 89117
Tel: 702-255-1718
Email: elj@cjmlv.com
Attorney for Plaintiff

By: /s/ Lynda P. King
LYNDA P. KING, ESQ.
Office of General Counsel
College of Southern Nevada
6375 W. Charleston Blvd. (WCE310)
Las Vegas, NV 89146
Tel: 702-651-7325
E-mail: lynda.king@csn.edu
Attorney for Defendant CSN

By: /s/ Anthony B. Golden
ANTHONY B. GOLDEN, ESQ.
GARG GOLDEN LAW FIRM
3145 St. Rose Pkwy., Suite 230
Las Vegas, NV 89052
Tel: 702-850-0202
Email: agolden@garggolden.com
Attorney for Defendant Villalobos

**ORDER**

**IT IS SO ORDERED.**

DATED July 30, 2021.

JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE